1  STEVEN M. HANLE (SBN 168876)
     shanle@sycr.com
2  STRADLING YOCCA CARLSON & RAUTH, P.C.
   660 Newport Center Drive, 16th Floor
3  Newport Beach, California 92660
   Telephone: (949) 725-4126
4  Facsimile: (949) 823-5126

5

   Attorneys for Plaintiff Bentex Group, Inc.
6

7

8              **UNITED STATES DISTRICT COURT**

9              **CENTRAL DISTRICT OF CALIFORNIA**

10  BENTEX GROUP, INC.,              Civil Action No. 8:18-CV-00793
                                     Judge
11           Plaintiff,

12  v.                              **COMPLAINT FOR PATENT
                                    INFRINGEMENT**
13  HYBRID PROMOTIONS, LLC
    dba HYBRID APPAREL,
14
             Defendant.             **Jury Trial Demanded**
15

16

17

18

19

20

21

22

23

24

25

26

27

28

STRADLING YOCCA
CARLSON & RAUTH
LAWYERS
NEWPORT BEACH

-1-
COMPLAINT FOR PATENT INFRINGEMENT
CASE NO. 8:18-CV-00793

Plaintiff Bentex Group, Inc. ("Bentex") complains against the Defendant Hybrid Promotions, LLC dba Hybrid Apparel ("Hybrid") as follows:

## I.   NATURE OF THE ACTION

1.   This is an action for patent infringement and arises under the Patent Laws of the United States, Title 35, United States Code, and specifically Section 271.

## II.   THE PARTIES

2.   Bentex is a New York corporation having its principal place of business at 34 West 33rd Street, New York, NY 10001.  Bentex is engaged in the design, production, and sales of apparel, and it offers its products throughout the country.

3.   Upon information and belief, Hybrid is a California limited liability corporation having its principal place of business at 10711 Walker Street, Cypress, CA 90630.  Upon further information and belief, Hybrid designs, develops, sources, produces, and distributes apparel, and it offers its products throughout the country.

## III.   JURISDICTION AND VENUE

4.   Federal question jurisdiction is conferred pursuant to 28 U.S.C. §§ 1331 and 1338(a).

5.   Venue in this Court is based upon 28 U.S.C. § 1400(b).  Hybrid resides in and has its principal place of business in Cypress, California, and as a result has a regular and established place of business within this district.  In addition, the acts of patent infringement that are the subject of this Complaint have taken place in Cypress, California.

## IV.   BACKGROUND FACTS

6.   Bentex has, over the course of many years, established a reputation as a premier designer, producer, and seller of apparel, in the United States.

STRADLING YOCCA
CARLSON & RAUTH
LAWYERS
NEWPORT BEACH

-2-
COMPLAINT FOR PATENT INFRINGEMENT
CASE NO. 8:18-CV-00793

7.    The technology used by Bentex in its apparel is disclosed in United States Patent No. 6,023,516, entitled "Garment With A Voice Chip In A Sealed Container" ("the '516 patent"), which was duly and legally issued on February 8, 2000.  A copy of the '516 patent is attached hereto as Exhibit 1.

8.    Bextex Kiddie Corp. was the owner by assignment of the '516 patent, and through a legal name change, Bentex is the owner of the '516 patent, and all rights appurtenant thereto.

9.    On information and belief, Hybrid makes, offers for sale, and sells apparel incorporating a voice chip. ("Hybrid Apparel").  Images of Hybrid's Apparel are attached hereto as Exhibit 2.

## COUNT I

### (Infringement Of U.S. Patent No. 6,023,516)

10.    The allegations of paragraphs 1-9 are incorporated herein by reference as though fully set forth herein.

11.    Hybrid has infringed the '516 patent by its manufacture, offer for sale, and sale of Hybrid's Apparel.  Hybrid has infringed at least Claims 1, 2, 4, 12, and 16 of the '516 patent.

12.    Claim 1 of the '516 patent recites the following limitations:

A garment comprising:

a sound chip permanently affixed to the garment, the sound chip including:

a rigid platform;

a speaker coupled to the rigid platform;

a control circuit coupled to the speaker for producing and transmitting to the speaker a stored signal corresponding to a pre-recorded sound pattern to be reproduced by the speaker; and

a water-tight outer casing surrounding the control circuit and the speaker.

13.    Hybrid's Apparel incorporates each of the above recited limitations of Claim 1 of the '516 patent.

STRADLING YOCCA
CARLSON & RAUTH
LAWYERS
NEWPORT BEACH

-3-
COMPLAINT FOR PATENT INFRINGEMENT
CASE NO. 8:18-CV-00793

14. As can be seen in Exhibit 2, Hybrid's Apparel is a garment, in that it is a sweater.

15. As can be seen in Exhibit 2, Hybrid's Apparel includes a sound chip permanently affixed to the garment. As can be seen in Exhibit 2, the sound chip includes a rigid platform, a speaker coupled to the rigid platform, and a control circuit coupled to the speaker for producing and transmitting to the speaker a stored signal corresponding to a pre-recorded sound pattern to be reproduced by the speaker.

16. As can be seen in Exhibit 2, Hybrid's Apparel includes a water-tight outer casing surrounding the control circuit and the speaker.

17. As can be seen in Exhibit 2, Hybrid's Apparel also incorporates each of the limitations of Claims 2, 4, 12, and 16 of the '516 patent, as recited in Exhibit 1 hereto.

18. On information and belief, the acts of infringement complained of herein were carried out willfully and with full knowledge by Hybrid of the '516 patent. To explain, upon information and belief, Hybrid was and is aware of Bentex and its intellectual property because the two companies compete in the same field.

19. As a result of these actions by Hybrid, Bentex has suffered substantial injury, including irreparable injury, and has resulted in the loss of sales and profits, which Bentex would have made but for the acts of infringement by Hybrid.

## JURY DEMAND

Bentex hereby demands and requests trial by jury of all issues raised that are triable by jury.

## PRAYER FOR RELIEF

WHEREFORE, Bentex prays for relief against Hybrid as follows:

A. That a judgment be entered that Hybrid has infringed, induced the infringement of, or contributed to the infringement of, United States Patent

STRADLING YOCCA
CARLSON & RAUTH
LAWYERS
NEWPORT BEACH

-4-

1   No. 6,023,516;

2        B.    That a judgment be entered that Hybrid be required to pay over to

3   Bentex all damages sustained by Bentex due to such acts of infringement and that

4   such damages be trebled pursuant to 35 U.S.C. § 284 for the willful acts of

5   infringement complained of herein;

6        C.    That this case be adjudged and decreed exceptional under 35 U.S.C.

7   § 285 entitling Bentex to an award of its reasonable attorney fees and that such

8   reasonable attorney fees be awarded;

9        D.    That Bentex be awarded its costs and prejudgment interest on all

10  damages; and

11       E.    That Bentex be awarded such other and further relief as the Court

12  deems just and proper.

13

14  DATED:  May 4, 2018          By:  */s/ Steven M. Hanle*
                                      Steven M. Hanle
15                                    STRADLING YOCCA CARLSON &
                                      RAUTH, P.C.

16                                    Attorneys for Plaintiff
                                      Bentex Group, Inc.
17

18  OF COUNSEL:
    Brett A. Schatz
19  (*Pro Hac Application to be submitted*)
    WOOD, HERRON & EVANS, L.L.P.
20  441 Vine Street, 2700 Carew Tower
    Cincinnati, Ohio 45202
21  (513) 241-2324
    (513) 241-6234 Facsimile
22  bschatz@whe-law.com

23

24

25

26

27

28

STRADLING YOCCA
CARLSON & RAUTH
LAWYERS
NEWPORT BEACH

-5-
COMPLAINT FOR PATENT INFRINGEMENT
CASE NO. 8:18-CV-00793